IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TABITHA QUINONES, individually and as next friend to minor plaintiff N.F., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, AND SICULUS, INC., <br><br> Defendants. | Case No. 1:22-cv-04657 |

**DEFENDANT FACEBOOK HOLDINGS, LLC'S NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Facebook Holdings, LLC discloses the following:

1. Facebook Holdings, LLC is a subsidiary of Meta Platforms Inc., which is a publicly held corporation. The sole member of Facebook Holdings, LLC is Meta Platforms, Inc.

Dated: September 19, 2022

       Respectfully submitted,

       */s/ Jacob T. Spencer*
       Jacob T. Spencer (N.D. Ill. #1023550)
       GIBSON, DUNN & CRUTCHER LLP
       1050 Connecticut Avenue, N.W.
       Washington, DC 20036
       Telephone: (202) 887-3792
       Facsimile: (202) 530-4253
       Email: JSpencer@gibsondunn.com

       AND

       Patricia Brown Holmes (ARDC No. 6194645)
       pholmes@rshc-law.com
       Matthew C. Crowl (ARDC No. 6201018)
       mcrowl@rshc-law.com
       RILEY SAFER HOLMES & CANCILA LLP
       70 West Madison Street
       Suite 2900
       Chicago, Illinois 60602

       *Attorneys for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on September 19, 2022, a true and correct copy of this Notification of Affiliates was served by ECF on all counsel of record.

                                            */s/ Jacob T. Spencer*
                                              Jacob T. Spencer

105715572.1